FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOW PAGES MEDIA, INC., a California corporation, <br><br> Plaintiff <br><br> vs. <br><br> WEBMERCIALONLINE, a Missouri business entity, unknown form, YP MEDIA, a New Jersey business entity, unknown form, SATISH RAJAN, a citizen of India, and DOES 3 THROUGH 10 <br><br> Defendants | Case No. SACV08-01273 AG (ANx) <br><br> **DEFAULT JUDGMENT AGAINST WEBMERCIALONLINE** |

It appearing from the records in the above-entitled action that the Summons and Complaint has been served upon Defendant Webmercialonline, and it further appearing from the Declaration of Stephen Z. Vegh, counsel for Plaintiff Yellow Pages Media, Inc., pursuant to Federal Rule of Civil Procedure 55(b) and Central District Local Rule 55-1 through 55-3 and the Entry of Default previously entered by the Court on June 11, 2009, Judgment is entered against Defendant

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Webmercialonline as follows:

1.  Issuance of a preliminary injunction and a permanent injunction directing that Defendants, their agents and/or representatives, assignees and successors, directly or indirectly, be enjoined and restrained, at first during the pendency of this action and, thereafter, perpetually:

A.  From using, in any manner the designation YELLOWPAGE MEDIA, YP MEDIA, and YELLOWPAGES MEDIA or any phonetic equivalent or abbreviation thereof or any confusingly similar designation, as a mark or name, or component of a mark or name in connection with the marketing and offering of ad placement and ad design services of prospective advertisers;

B.  From using, in any manner the domain name www.yellowpagemedia.com or a confusingly similar designation as a domain name in connection with Defendant's services and from using any other domain name or website meta tag that incorporates the words "yellow page media" or a confusingly similar designation in connection with Defendant's services;

C.  From committing any acts calculated to cause purchasers to believe any goods or services of Defendant is sponsored by, approved by, connected with, guaranteed by or offered or sold by Plaintiff, or under the control or supervision of Plaintiff;

~~D.  From otherwise unfairly competing with Plaintiff in any manner; and~~

~~E.  From further dilution and/or tarnishing of Plaintiff's trademarks and/or trade name;~~

F. From committing any further acts of trademark infringement of Plaintiff's YPM YELLOW PAGES MEDIA, YPM, and YELLOW PAGES MEDIA trademarks and trade name.

The Court further orders Defendant and/or its principals, agents and/or representatives, assignees and successors to cause to transfer to Plaintiff within thirty (30) days of the signed entry of this Judgment title to and all rights of usage of the domain name www.yellowpagemedia.com.

The Court further awards to Plaintiff judgment in the amount of $11,063.03 for Plaintiff's costs and reasonable attorneys' fees incurred in this action pursuant to 15 U.S.C. §1117(a), (b), and 15 U.S.C. §1125(c).

Dated: August 24, 2009

Andrew Guilford
United States District Judge

S:\Client Documents\YPMIN\014L\Default Judgment.doc

Case No. SACV08-01273 AG (ANx)       3
DEFAULT JUDGMENT AGAINST WEBMERCIALONLINE